

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00017-CV

IN THE INTEREST OF S.B. AND K.B., CHILDREN

§ On Appeal from the 360th District Court

§ of Tarrant County (360-684420-20)

§ October 5, 2023

§ Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. The final order is modified so that the wording matches the numeric amount of unpaid child support owed by Appellant Father: "One Thousand Four Hundred Thirty-Seven dollars and Eight cents ($1,437.08)." It is ordered that the final order of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel